UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLINA FERNANDEZ MARCOS, (A#036-065-068),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | No.  2:26-cv-00366-DC-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 1, 11) |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 17, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 11.  Respondent filed objections to the findings and recommendations, stating "Respondent submits on the previously filed pleading" and object "[f]or the reasons set forth in Respondent's Answer to Petition for Writ of Habeas Corpus."  ECF No. 12.  However, Respondent's arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC-DMC (HC), 2026 WL 392169, at *6 (E.D.

1

Cal. Feb. 12, 2026). Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 17, 2026 (ECF No. 11) are ADOPTED;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondent shall provide Petitioner Molina Fernandez Marcos with a bond hearing before an immigration judge at which the government shall bear the burden of justifying Petitioner's continued detention by clear and convincing evidence, within fourteen (14) days of issuance of this order;

4. Respondent is further directed to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing;

5. If Petitioner is granted release on bond, Respondent shall return all of Petitioner's documents and possessions at the time of release;

6. This order does not address the circumstances in which Respondent may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal; and

7. The Clerk of the Court shall enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **March 25, 2026**

_____
Dena Coggins
United States District Judge

2